

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00851-CV

**Ex Parte Walter RUEDA**

Original Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  January 16, 2013

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On December 27, 2012, relator Walter Rueda filed an original habeas corpus proceeding. Relator alleges that he has been sentenced to 180 days in county jail after being held in criminal contempt for failure to pay child support. Relator provides numerous grounds for why he is entitled to habeas corpus relief and seeks to be released from custody.

However, it is relator's burden to provide this court with a record sufficient to establish his right to habeas corpus relief. *See* TEX. R. APP. P. 52.3(k)(1); TEX. R. APP. P. 52.7(a); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Relator has failed to provide us

---

[1] This proceeding arises out of Cause No. 2001EM501082, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Karen Pozza presiding. However, the order complained of was signed by the Honorable Jim Rausch, presiding judge of the Child Support Court, Bexar County, Texas.

with a record to support his claims.  Accordingly, relator's petition for writ of habeas corpus is

DENIED.

PER CURIAM